Thomas P. Kelly III 230699
P.O. Box 1405
Santa Rosa, CA 95402-1405
707-545-8700
707-542-3371

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
**Jesper Lundbaek**
**Ronda Gae Lundbaek**

Debtor(s)

Chapter **13**
Case No:

DECLARATION OF SELF EMPLOYMENT INCOME

I, **Jesper Lundbaek** hereby declare the following:

My income and business expenses for the six months prior to the month of the filing of this case were as follows:

| | | | | |
|---|---|---|---|---|
| Gross Income for | **March 2015** | was: | $ | **17,212.14** |
| Business Expenses for | **March 2015** | were: | $ | **19,299.92** |
| Gross Income for | **February 2015** | was: | $ | **19,654.49** |
| Business Expenses for | **February 2015** | were | $ | **14,968.77** |
| Gross Income for | **January 2015** | was: | $ | **15,424.64** |
| Business Expenses for | **January 2015** | were | $ | **14,680.19** |
| Gross Income for | **December 2015** | was: | $ | **26,913.54** |
| Business Expenses for | **December 2015** | were | $ | **16,777.24** |
| Gross Income for | **November 2015** | was: | $ | **14,180.74** |
| Business Expenses for | **November 2015** | were | $ | **17,583.36** |
| Gross Income for | **October 2015** | was: | $ | **26,677.46** |
| Business Expenses for | **October 2015** | were | $ | **22,333.44** |

I declare this statement is true and correct under penalty of perjury. Executed this **12** day of April, 2015, in San Anselmo, California.

/s/ Jesper Lundbaek
**Jesper Lundbaek**