Thomas P. Kelly III 230699
P.O. Box 1405
Santa Rosa, CA 95402-1405
707-545-8700
707-542-3371

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
**Jesper Lundbaek**
**Ronda Gae Lundbaek**

Debtor(s)

Chapter **13**
Case No:

DECLARATION OF EMPLOYMENT INCOME

I, __Ronda Gae Lundbaek__ hereby declare the following:

My total monthly employment income for each of the six months prior to the month of the filing of this case was as follows:

| | | | |
|---|---|---|---|
| Total Employment Income for | **March 2015** | was: | $ **3475.11** |
| Total Employment Income for | **February 2015** | was:: | $ **1811.17** |
| Total Employment Income for | **January 2015** | was: | $ **3261.27** |
| Total Employment Income for | **December 2014** | was: | $ **4833.71** |
| Total Employment Income for | **November 2014** | was: | $ **1584.05** |
| Total Employment Income for | **October 2014** | was: | $ **1160.24** |

Attached are copies of my payment advices from the 60 day period prior to my bankruptcy filing.

I declare this statement is true and correct under penalty of perjury. Executed this __**12**__ day of April, 2015, in San Anselmo California.

/s/ Ronda Lundbaek
**Ronda Gae Lundbaek**

8/1/13

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages:  8
File:   Paystubs - Ronda - redacted 002.pdf
Path:   C:\Documents\Client Files\Lundbaek, Jasper\Client Documents\521 Documents

PDF: <C:\Documents\Client Files\Lundbaek, Jasper\Client Documents\521 Documents\Paystubs - Ronda - redacted 002.pdf>

```
                              Vnd#:      1014 RONDA LUNDBAEK                    03/06/93
                                      *** REMITTANCE ADVICE ***
           REFERENCE          INVOICE DT  INVOICE NO    AMOUNT      DISCOUNT    NET AMT       PAGE     4
 2/10/1    Invc:13115          01/31/15    13115       3,475.11        .00     3,475.11      SAR130C
 04-410                       CHECK TOTALS -------->   3,475.11        .00     3,475.11    #:

 LINE                                                                                       COMMISSION
 0001                                                                                           10.74-
 DOCUMEN                                                                                        10.74-

 CUSTOME                                                                                        10.74-

 CO TOT                                                                                       3475.11

 SLS TOT                                                                                      3475.11

 SALESM                                                                                       3475.11
```

63488

```
LEXMARK CARPET MILLS INC           SUMMARY CHECK REGISTER REPORT                    Date-02/23/15   Ref# AP-04-05
                                                                                    Time-16:14:56   Page    1
CASH ACCT:1003-001     CapOne A/P Disbursement Acct
VENDORS:      1014 THRU      1014 CHK DATES: 08/01/14 THRU 02/28/15 CHK NOS: ALL          SEQUENCE BY: Check Number
* INDICATES A VOID CHECK AMOUNT WHICH IS NOT INCLUDED IN THE TOTALS

CHECK# TYPE DT PAID  G/L POST V E N D O R              CHECK AMOUNT   TRANS#   AMOUNT PAID   DISC TAKEN DISC ACCOUNT

4100 Comp 08/01/14 08/01/14    1014 RONDA LUNDBAEK        1,164.60

4549 Comp 09/01/14 09/01/14    1014 RONDA LUNDBAEK        2,145.45

5098 Comp 10/01/14 10/01/14    1014 RONDA LUNDBAEK        1,160.24

5540 Comp 11/01/14 11/01/14    1014 RONDA LUNDBAEK        1,509.95

5943 Comp 12/01/14 12/01/14    1014 RONDA LUNDBAEK        4,051.76

6275 Comp 01/01/15 01/01/15    1014 RONDA LUNDBAEK        2,064.92

6753 Comp 02/01/15 02/01/15    1014 RONDA LUNDBAEK        1,514.17

ACCOUNT TOTAL--------------->                            13,611.09
```

| VENDOR NUMBER | VENDOR NAME | | | | CHECK DATE | |
|---|---|---|---|---|---|---|
| 3212 | RHONDA LUNDBAEK | | | | 02-19-15 | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | TERMS DISCOUNT | AMOUNT PAID | P.O. NUMBER | |
| 0219 | 02-19-15 | 297.00 | | 297.00 | JAN.2015 COMMISSI | |

| REMITTANCE ADVICE | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|
| | 297.00 | | 297.00 |

**DO NOT CASH THIS CHECK UNLESS THERE IS A SHADED BACKGROUND**



CORONET
L I G H T I N G
16210 S. Avalon Blvd. • P.O. Box 2065
Gardena, CA 90247-0065
(310) 327-6700

1st CENTURY BANK  118413
1875 Century Park East, Suite 100
Los Angeles, CA 90067
1-800-405-1109

90-4376/1222

**118413**

DATE: 02-19-15

*TWO HUNDRED NINETY SEVEN AND 00/100 DOLLARS*

AMOUNT: *****297.00

THE ORDER OF
RHONDA LUNDBAEK
25 OAK KNOLL DR.
SAN ANSELMO, CA 94960

| VENDOR NUMBER | VENDOR NAME | | | | CHECK DATE | 1182 |
|---|---|---|---|---|---|---|
| 3212 | RHONDA LUNDBAEK | | | | 01-15-15 | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | TERMS DISCOUNT | AMOUNT PAID | P.O. NUMBER | |
| 011515 | 01-15-15 | 1196.35 | | 1196.35 | DEC.2014 COMMISSI | |

| REMITTANCE ADVICE | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|
| | 1196.35 | | 1196.35 |

DO NOT CASH THIS CHECK UNLESS THERE IS A SHADED BACKGROUND

**CORONET**
LIGHTING
16210 S. Avalon Blvd. • P.O. Box 2065
Gardena, CA 90247-0065
(310) 327-6700

1st CENTURY BANK
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CA 90067
1-800-405-1109

90-4376/1222

118219

DATE
01-15-15

ONE THOUSAND ONE HUNDRED NINETY SIX AND 35/100 DOLLARS

AMOUNT
***1,196.35

THE
ORDER
OF

RHONDA LUNDBAEK
25 OAK KNOLL DR.
SAN ANSELMO, CA 94960

| VENDOR NUMBER | VENDOR NAME | | | | | CHECK DATE |
|---|---|---|---|---|---|---|
| 3212 | RHONDA LUNDBAEK | | | | | 12-16-14 |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | TERMS DISCOUNT | | AMOUNT PAID | P.O. NUMBER |
| 111614 | 12-16-14 | 331.95 | | | 331.95 | NOV.2014 COMMISSI |

acceptance as shown. If incorrect, check must be returned immediately.

| REMITTANCE ADVICE | GROSS TOTAL | 331.95 | DISCOUNT TOTAL | | NET TOTAL | 331.95 |
|---|---|---|---|---|---|---|

DO NOT CASH THIS CHECK UNLESS THERE IS A SHADED BACKGROUND

**CORONET**
L I G H T I N G
16210 S. Avalon Blvd. • P.O. Box 2065
Gardena, CA 90247-0065
(310) 327-6700

1st CENTURY BANK
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CA 90067
1-800-405-1109

118075
90-4376/1222

**118076**

DATE
12-16-14

**THREE HUNDRED THIRTY ONE AND 95/100 DOLLARS**

AMOUNT
*****331.95

THE
ORDER
OF

RHONDA LUNDBAEK
25 OAK KNOLL DR.
SAN ANSELMO, CA 94960

| VENDOR NUMBER | VENDOR NAME | | | | CHECK DATE |
|---|---|---|---|---|---|
| 3212 | RHONDA LUNDBAEK | | | | 11-20-14 |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | TERMS DISCOUNT | AMOUNT PAID | P.O. NUMBER |
|---|---|---|---|---|---|
| 061014 | 06-11-14 | 74.10 | | 74.10 | MAY.2014.COMMISSI |

| REMITTANCE ADVICE | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|
| | 74.10 | | 74.10 |

DO NOT CASH THIS CHECK UNLESS THERE IS A SHADED BACKGROUND

**CORONET** LIGHTING
16210 S. Avalon Blvd. • P.O. Box 2065
Gardena, CA 90247-0065
(310) 327-6700

1ST CENTURY BANK
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CA 90067
1-800-405-1109

117956
90-4376/1222

**117956**

DATE: 11-20-14

**SEVENTY FOUR AND 10/100 DOLLARS**

PAY TO THE ORDER OF
RHONDA LUNDBAEK
25 OAK KNOLL DR.
SAN ANSELMO, CA 94960

AMOUNT: ******74.10

| VENDOR NUMBER | VENDOR NAME | | | | CHECK DATE | |
|---|---|---|---|---|---|---|
| 3212 | RHONDA LUNDBAEK | | | | 09-09-14 | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | TERMS DISCOUNT | AMOUNT PAID | P.O. NUMBER | |
| 090914 | 09-09-14 | 393.75 | | 393.75 | | |

| REMITTANCE ADVICE | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|
| | 393.75 | | 393.75 |

**DO NOT CASH THIS CHECK UNLESS THERE IS A SHADED BACKGROUND**

**CORONET**
L I G H T I N G
16210 S. Avalon Blvd. • P.O. Box 2065
Gardena, CA 90247-0065
(310) 327-6700

1ST CENTURY BANK
117555
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CA 90067
1-800-405-1109

90-4376/1222

**117555**

DATE
09-09-14

**THREE HUNDRED NINETY THREE AND 75/100 DOLLARS**

AMOUNT
*****393.75

THE ORDER OF
RHONDA LUNDBAEK
25 OAK KNOLL DR.
SAN ANSELMO, CA 94960



| VENDOR NUMBER | VENDOR NAME | | | | CHECK DATE |
|---|---|---|---|---|---|
| 3212 | RHONDA LUNDBAEK | | | | 08-20-14 |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | TERMS DISCOUNT | AMOUNT PAID | P.O. NUMBER |
|---|---|---|---|---|---|
| 082014 | 08-20-14 | 1530.33 | | 1530.33 | JULY.2014.COMMISS |

| REMITTANCE ADVICE | GROSS TOTAL | DISCOUNT TOTAL | NET TOTAL |
|---|---|---|---|
| | 1530.33 | | 1530.33 |

DO NOT CASH THIS CHECK UNLESS THERE IS A SHADED BACKGROUND

**CORONET**
LIGHTING
16210 S. Avalon Blvd. • P.O. Box 2065
Gardena, CA 90247-0065
(310) 327-6700

117460

1st CENTURY BANK
1875 CENTURY PARK EAST, SUITE 100
LOS ANGELES, CA 90067
1-800-405-1109

90-4376/1222

**117460**

DATE: 08-20-14

ONE THOUSAND FIVE HUNDRED THIRTY AND 33/100 DOLLARS

RHONDA LUNDBAEK
25 OAK KNOLL DR.
SAN ANSELMO, CA 94960

AMOUNT: ***1,530.33