Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtors Jesper Lundbaek and Ronda Gae Lundbaek

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| In Re: | Case No. 15-30456 |
|---|---|
| JESPER LUNDBAEK,<br>RONDA GAE LUNDBAEK | Chapter 13 |
| Debtors. | DECLARATION OF DEBTORS RE FRAUDULENT DEED OF TRUST |
| SSN : XXX-XX-5411<br>SSN : XXX-XX-2193 | Court: Hon. Alan Jaroslovsky<br>99 South E Street<br>Santa Rosa, California<br>95404 |

We, JESPER LUNDBAEK and RONDA GAE LUNDBAEK, declare as follows:

    1.    We are over eighteen (18) years old, and have personal knowledge of the facts stated in this declaration, and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

    2.    We are the debtors in that chapter 13 bankruptcy case referenced above.

    3.    On April 16, 2015 our counsel received an email communication from Charles E. Katz, senior counsel for Northwest Trustee Services, Inc..

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

DECLARATION Page 1 of 2 IN RE LUNDBAEK 15-30456

Case: 15-30456    Doc# 9    Filed: 04/17/15    Entered: 04/17/15 11:41:17    Page 1 of 6

4. In this email, Mr. Katz informed our counsel that a deed of trust dated April 12, 2015 had been prepared which purports to represent that we loaned $19,750.00 to Vicky Kelly, and that this loan was secured by this deed of trust by that real property located at 1912 Fallon Lane, Modesto, California and apparently owned by Vicky Kelly. A copy of this deed of trust is attached hereto and marked as Exhibit A.

5. We have never had any interest in the property located at 1912 Fallon Lane, Modesto, California.

6. We have never lent any money to Vicky Kelly, have never executed any promissory note of any kind with anyone named Vicky Kelly, and have no knowledge of why either of our names would appear on any documents associated with Vicky Kelly or the property located at 1912 Fallon Lane, Modesto, California.

7. Based on the information provided by Mr. Katz, we believe the deed of trust attached hereto as an exhibit is fraudulent, and was created for the purpose of using the automatic stay from our case to prevent a foreclosure on the property located at 1912 Fallon Lane, Modesto, California.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the State of California and the laws of the United Stated that the foregoing is true and correct. Executed at San Anselmo, California on the date referenced below.

Dated: April 16, 2015

_____
Jesper Lundbaek

Dated: April 16, 2015

_____
Ronda Gae Lundbaek

# EXHIBIT A

Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

A.P.N.: 065-011-055    Order No.:    Escrow No.:

## DEED OF TRUST WITH ASSIGNMENT OF RENTS (SHORT FORM)

This DEED OF TRUST, made 04/12/2015, between
Vicky L Kelly, herein called TRUSTOR,
whose address is 1912 Fallon Ln, Modesto CA 95355
FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, herein called TRUSTEE, and
Jasper Lundbaek, herein called BENEFICIARY,
WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that property in the
Modesto, County of Stanislaus, State of California, described as:

See "Exhibit A" Attached hereto

together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits for the purpose of securing (1) payment of the sum of $ 19,750 with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof, (2) the performance of each agreement of Trustor incorporated by reference or contained herein and (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 Book 1964, Page 149774 | | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on pages 3 and 4 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured thereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

Dated 04/12/2015

Trustor *Vicky Kelly*
Vicky L Kelly

STATE OF CALIFORNIA
COUNTY OF Stanislaus

Trustor

On 04/12/2015 before me,
Karen Lynn Kindig,
personally appeared
Vicky L Kelly,

Trustor

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Trustor

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Karen Kindig_ (Notary seal)
Signature

KAREN LYNN KINDIG
COMM. # 1945578
NOTARY PUBLIC - CALIFORNIA
MARIN COUNTY
COMM. EXPIRES JULY 25, 2015

WORLD SAVINGS BANK, FSB

# EXHIBIT "A"
## LEGAL DESCRIPTION

LOAN NO. 0020445433

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF STANISLAUS STATE OF CALIFORNIA * * * * *, DESCRIBED AS FOLLOWS:

Order No. 918240

## EXHIBIT "ONE"

Lot 6, in Block 12621, of SYLVAN VILLAGE NO. 2, as per map filed October 13, 1956 in Volume 21 of Maps, at Page 26, Stanislaus County Records.

GF430A1 02.19.01/1-01 R36A
REV. 07.19.01/2-01

CA