MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:  (408) 535-5040
Facsimile:  (408) 535-5081
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>JESPER LUNDBAEK and<br>RONDA GAE LUNDBAEK,<br><br>Debtors. | Case No: 15-30456<br><br>Chapter 13<br><br>Honorable Dennis Montali<br><br>UNITED STATES' OBJECTION TO DEBTORS' PLAN |

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), by and through its undersigned attorneys, hereby objects to Debtors Jesper and Ronda Gae Lundbaek's ("Debtors'") "Chapter 13 Plan," filed on April 13, 2015 (Doc. # 2) (the "Plan"), as follows:

Debtors filed the current Chapter 13 action on April 13, 2015. The IRS has filed a proof of claim in the amount of $156,984.65 ($60,970.30 secured, $50,020.84 priority, and $ 45,993.51 unsecured). The proof of claim is based on income taxes assessed for 2005-2010, and estimated income tax and employment taxes for 2011-2015.

The Plan is objectionable for several reasons:

1. Debtors failed to file a Form 1040, Individual Income Tax Returns, for 2014. The filing of such returns should be a prerequisite for any relief.

2. The Plan significantly undervalues the IRS's priority claim, estimating it at $12,372.33 when in fact it is $50,020.84. The Plan also improperly completely omits the IRS's priority claim. Debtors have made no effort to acknowledge or disputed the IRS's claim. Thus, the Plan does not genuinely provide for full payment of the IRS's secured claim, or interest. *See* 11 U.S.C. §§ 1325(a)(5), 506(b) & 511(b).

3. When the IRS's claim is taken into account, Debtors' unsecured debts exceed the limits specified in 11 U.S.C. § 109(e).

In sum, the Plan contains several errors, it does not properly provide for the IRS's claims, and this case should be converted or dismissed in the absence of a viable plan. In any event, the United States respectfully requests that the Court deny confirmation of the Plan.

Respectfully submitted this 26th day of May, 2015,

    MELINDA HAAG
    United States Attorney

    s/ Michael G. Pitman
    MICHAEL G. PITMAN
    Assistant United States Attorney, Tax Division

    Attorneys for the United States of America