Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtors Jesper Lundbaek and Ronda Gae Lundbaek

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Case No. 15-30456 |
| JESPER LUNDBAEK, RONDA GAE LUNDBAEK | Chapter 13 |
| | NOTICE OF VOLUNTARY DISMISSAL |
| Debtors. | Court: Hon. Dennis Montali |
| SSN : XXX-XX-5411 SSN : XXX-XX-2193 | 235 PINE STREET 22nd FLOOR SAN FRANCISCO, CA 94101 |

TO THE COURT, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES TAKE NOTICE

JESPER LUNDBAEK and RONDA GAE LUNDBAEK, debtors in the above captioned Chapter 13 case, hereby voluntarily dismisses this Chapter 13 case.

Dated: July 2, 2015

_____
Jesper Lundbaek

Dated: July 2, 2015

_____
Ronda Gae Lundbaek