Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtors Jesper Lundbaek and Ronda Gae Lundbaek

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>JESPER LUNDBAEK,<br>RONDA GAE LUNDBAEK<br><br><br>Debtors.<br><br>SSN : XXX-XX-5411<br>SSN : XXX-XX-2193 | Case No. 15-30456<br><br>Chapter 13<br><br><br>DECLARATION IN SUPPORT OF<br>VOLUNTARY DISMISSAL<br><br><br>Court:      Hon. Dennis Montali<br>              235 PINE STREET<br>              22nd FLOOR<br>              SAN FRANCISCO, CA 94101 |

TO THE COURT, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES TAKE

NOTICE

      1.      JESPER LUNDBAEK and RONDA GAE LUNDBAEK, debtors in the above

captioned Chapter 13 case, hereby voluntarily dismiss this Chapter 13 case.

      2.      There is a pending motion to dismiss this case by the Chapter 13 Trustee set for

August 19, 2015. There is no pending motion to convert this case.

      3.      There is a pending motion from relief from stay in this case by Creditor Third Eye

Trust set to be heard on July 9, 2015 which debtors do not oppose.

      Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the

State of California and the laws of the United Stated that the foregoing is true and correct.

Executed at San Anselmo, California on the date referenced below.

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

DECLARATION

IN RE LUNDBAEK 15-30456

1

2  Dated: July _2_, 2015                 _____
                                   Jesper Lundbaek

3  Dated: July _2_, 2015                 _____
                                   Rohda Gae Lundbaek

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

uis P. Kelly III
d Courthouse Sq.
609
Rnnn, California
i-4926
545-8700