1  Thomas P. Kelly III, SBN 230699
   50 Old Courthouse Square, Suite 609
2  Santa Rosa, California, 95404-4926
   Telephone : 707-545-8700
3  Facsimile : 707-542-3371
   Email : tomkelly@sonic.net
4
   Attorney for Debtors Jesper Lundbaek and Ronda Gae Lundbaek
5

6

7

8              UNITED STATES BANKRUPTCY COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10  In Re:                          Case No. 15-30456

11  JESPER LUNDBAEK,                Chapter 13
    RONDA GAE LUNDBAEK
12                                  NOTICE AND OPPORTUNITY FOR
                                    HEARING
13              Debtors.
                                    Court:      Hon. Dennis Montali
14  SSN : XXX-XX-5411                           235 PINE STREET
    SSN : XXX-XX-2193                           22nd FLOOR
15                                              SAN FRANCISCO, CA 94101

16

17

18

19

20

21

22
    TO THE COURT, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES TAKE
23
    NOTICE:
24
          JESPER LUNDBAEK and RONDA GAE LUNDBAEK, debtors in the above captioned
25
    Chapter 13 case, have moved the Court for an order dismissing this Chapter 13 case. A copy of
26
    the moving papers for this motion are attached hereto and incorporated by reference.
27
          Pursuant to B.L.R. §1017-2 and §9014-1(b)(3), any objection or request for hearing for
28

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700
NOTICE OF OPPORTUNITY FOR HEARING                                    IN RE LUNDBAEK  15-30456

Case: 15-30456    Doc# 24    Filed: 07/02/15    Entered: 07/02/15 19:24:44    Page 1 of 2

this motion to dismiss must be served and filed with Court referenced above within seven (7) days.

Dated: July  2 , 2015

Thomas P. Kelly III
Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

NOTICE OF OPPORTUNITY FOR HEARING                    Page 2 of 2                    IN RE LUNDBAEK  15-30456