1  CHERYL C. ROUSE (State Bar No. 118313)
2  NORMAN P. BAHLERT (State Bar No. 135693)
   LAW OFFICES OF ROUSE & BAHLERT
3  345 Franklin Street
   San Francisco, CA 94102
4  Tel (415) 575-9444
   Fax (415) 575-9440

5  Attorneys for Movant
   THIRD EYE INVESTMENTS TRUST IV
6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>JESPER LUNDBAEK AND RONDA GAE LUNDBAEK,<br><br>Debtors. | Case No.: 15-30456<br>Chapter 13<br><br>RS No. CCR-150<br><br>CERTIFICATE OF SERVICE OF PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM STAY<br><br>(B.L.R. 4001-1)<br><br>Date: July 9, 2015<br>Time: 9:30 a.m.<br>Corm: 22 |

Case Name: <u>In re Jesper Lundbaek And Ronda Gae Lundbaek</u>
Case No.: 15-30456

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                                ) ss
COUNTY OF SAN FRANCISCO  )

        I, the undersigned, declare:

        I am a citizen of the United States and a resident of the County of SAN FRANCISCO. I am over the age of eighteen (18) years and not a party to the within action. My business address is: LAW OFFICES OF ROUSE & BAHLERT, 345 Franklin Street, San Francisco, California 94102. On July 10, 2015, I served the within documents:

        PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM STAY

__X__     by U.S. First Class Mail on the parties so designated by placing a true copy thereof enclosed in a sealed envelope with postage therein fully prepaid in the United States mail at San Francisco, California, addressed as follows:

        **SEE SERVICE LISTATTACHED**

____     by personally delivering via Black Dog Delivery Service the documents(s) listed above to the person(s) at the address(es) set forth below.

____     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

EXECUTED ON July 10, 2015 at SAN FRANCISCO, California.

__x__ (State)     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (Federal)     I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                              /s/ Cheryl C. Rouse
                                              CHERYL C. ROUSE

| | |
|---|---|
| 1 | Case Name: <u>In re Jesper Lundbaek And Ronda Gae Lundbaek</u><br>Case No.: 15-30456 |
| 2 | **SERVICE LIST** |
| 3 | **<u>Debtor</u>** |
| 4 | Jesper Lundbaek<br>25 Oak Knoll Drive |
| 5 | San Anselmo, CA 94960-1118 |
| 6 | **<u>Joint Debtor</u>**<br>Ronda Gae Lundbaek |
| 7 | 25 Oak Knoll Drive<br>San Anselmo, CA 94960-1118 |
| 8 | **<u>Debtors' Counsel</u>** |
| 9 | Thomas Philip Kelly, III<br>Law Offices of Thomas P. Kelly III |
| 10 | P.O. Box 1405<br>Santa Rosa, CA 95402 |