Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Debtors Jesper Lundbaek and

Signed and Filed: July 27, 2015



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>JESPER LUNDBAEK,<br>RONDA GAE LUNDBAEK<br><br>Debtors.<br><br>SSN : XXX-XX-5411<br>SSN : XXX-XX-2193 | Case No. 15-30456<br><br>Chapter 13<br><br>ORDER OF ENTRY OF DEFAULT AND ORDER DISMISSING CHAPTER 13 CASE<br><br>Court:   Hon. Dennis Montali<br>           235 PINE STREET<br>           22nd FLOOR<br>           SAN FRANCISCO, CA 94101 |

The Debtors in this case have moved for a dismissal of the case captioned above on July 2, 2015 bearing docket entry number 23 in the record of this case.

There being no objections or opposition to the Motion, and the period for such objections or opposition having tolled pursuant to B.L.R. 1017-2(b) on July 9, 2015, and based on the pleadings and declarations filed with the Request for Entry of Default, and good cause appearing,

IT IS HEREBY ORDERED :

1.    Debtor's Request for an Entry of Default is hereby GRANTED.

2.    Debtor's Motion to Dismiss this Chapter 13 case is hereby GRANTED

*** END OF ORDER***

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

ORDER       Page 1 of 1       IN RE LUNDBAEK 15-30456

Case: 15-30456   Doc# 29   Filed: 07/27/15   Entered: 07/28/15 10:17:04   Page 1 of 1