Form DOC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Jesper Lundbaek and Ronda Gae Lundbaek aka Ronda Gae Soucy Debtor(s) | Case No.: 15−30456 DM 13 Chapter: 13 |
|---|---|---|

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 7/27/15 dismissing the above−captioned case.

Dated: 7/28/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 29