# Notice Recipients

District/Off: 0971−3            User: awong            Date Created: 7/28/2015
Case: 15−30456                  Form ID: DOC           Total: 212

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Internal Revenue Service
                                                                                            TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr          David Burchard         TESTECF@burchardtrustee.com
aty         Brian H. Tran          bankruptcy@zievelaw.com
aty         Cheryl C. Rouse        rblaw@ix.netcom.com
aty         Michael G. Pitman      michael.pitman@usdoj.gov
aty         Thomas Philip Kelly, III     tomkelly@sonic.net
                                                                                            TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jesper Lundbaek        25 Oak Knoll Drive       San Anselmo, CA 94960−1118
jdb         Ronda Gae Lundbaek     25 Oak Knoll Drive       San Anselmo, CA 94960−1118
cr          Ocwen Loan Servicing, LLC      Law Offices of Les Zieve      30 Corporate Park, Suite 450      Irvine, CA 92606
cr          Third Eye Investments Trust IV      c/o Law Offices of Rouse & Bahlert      345 Franklin Street      San Francisco, Ca 94102 UNITED STATES
smg         Chief Tax Collection Section       Employment Development Section      P.O. Box 826203      Sacrament, CA 94230
smg         CA Employment Development Dept.     Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
smg         CA Franchise Tax Board       Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812−2952
14019026    American Express       Attention : Bankruptcy     P.O. Box 297871      Fort Lauderdale, FL 33329
14019025    American Express       Po Box 3001       16 General Warren Blvd      Malvern, PA 19355
14019027    American Express 001       c/o Becket and Lee LLP      Attention : Bankruptcy      P.O. Box 3001      Malvern, PA 19355
14019028    American Express 002       Attention : Bankruptcy     P.O. Box 360001      Fort Lauderdale, FL 33336
14019029    American Express 003       Attention : Bankruptcy     200 Vesey Street      50th Floor      New York, NY 10285
14019030    American Express 004       Attention : Bankruptcy     P.O. Box 0001      Los Angeles, CA 90096−8000
14019031    American Express 005       Attention : Bankruptcy     P.O. Box 297858      Fort Lauderdale, FL 33329
14019032    American Express 006       American Express Special Research      Attention : Bankruptcy      P.O. Box 981540      El Paso, TX 79998
14104950    American Express Bank, FSB      c o Becket and Lee LLP      POB 3001      Malvern, PA 19355−0701
14019033    Americas Servicing Co      Po Box 10328      Des Moines, IA 50306
14019034    Asset Acceptance       Attn: Bankrupcy Dept      Po Box 2036      Warren, MI 48090
14019036    Asset Acceptance LLC       Attention : Bankruptcy     P.O. Box 2036      Warren, MI 48090
14019035    Asset Acceptance LLC       Attention : Bankruptcy     P.O. Box 2039      Warren, MI 48090
14019037    Asset Acceptance LLC       c/o ANN K. MERRILL Esq.      2151 SALVIO STREET      SUITE W      Concord, CA 94520
14019038    Bank Of America       Attention: Recovery Department      4161 Peidmont Pkwy.      Greensboro, NC 27410
14019040    Bank of America       Attention : Bankruptcy     450 American Street      Simi Valley, CA 93065−6285
14019039    Bank of America       Attn: Correspondence Unit/CA6−919−02−41      Po Box 5170      Simi Valley, CA 93062
14019041    Bank of America 013       Attention : Bankruptcy     P.O. Box 982238      El Paso, TX 79998
14019042    Bank of America 014       Attention : Bankruptcy     P.O. Box 301200      Los Angeles, CA 90030−1200
14019043    Bank of America 015       Attention : Bankruptcy     P.O. Box 15019      Wilmington, DE 19886
14019044    Bank of America 017       Attention : Bankruptcy     5401 North Beach Street      Fort Worth, TX 76137−2733
14019045    Bank of America 018       Attention : Bankruptcy     P.O. Box 515503      Los Angeles, CA 90051
14019046    Bank of America 019       Attention : Bankruptcy     P.O. Box 5170      Simi Valley, CA 93062−5170
14019047    Bank of America 020       Fleet Bankcard      Attention : Bankruptcy      P.O. Box 26012      Greensboro, NC 27420
14019048    Bk Of Amer       Po Box 982235      El Paso, TX 79998
14019049    CA Credit Solutions       Attention : Bankruptcy     5454 Ruffin Rd Suite 200      San Diego, CA 92123
14019050    Cal Coast Credit Services       Attention : Bankruptcy     2906 McBride Lane      Santa Rosa, CA 95403
14019051    Cal Svc Bur       100 Wood Hollow Dr Ste 2      Novato, CA 94945
14019052    California Service Bureau       Attention : Bankruptcy     3050 Fite Circle      Suite 107      Sacramento, CA 95827
14019054    Capital One       Attention : Bankruptcy     P.O. Box 60599      City of Industry, CA 91716−0599
14019053    Capital One       Attn: Bankruptcy     Po Box 30285      Salt Lake City, UT 84130

| | | | | | |
|---|---|---|---|---|---|
| 14019055 | Capital One 011 | C/O American Infosource | Attention : Bankruptcy | P.O. Box 54529 | Oklahoma City, OK 73154−4529 |
| 14019056 | Capital One 012 | Capital One Bank (USA) N.A. | Attention : Bankruptcy | P.O. Box 30285 | Salt Lake City, UT 84130 |
| 14019057 | Capital One 013 | Attention : Bankruptcy | P.O. Box 4539 | Houston, TX 77210 | |
| 14019059 | Chase | Attn: Bankruptcy Dept | Po Box 15298 | Wilmington, DE 19850 | |
| 14019058 | Chase | Po Box 24696 | Columbus, OH 43224 | | |
| 14019061 | Chase Bank | Attention : Bankruptcy | 201 North Walnut Street | DE1−1027 | Wilmington, DE 19801 |
| 14019060 | Chase Bank | Attention : Bankruptcy | P.O. Box 15298 | Wilmington, DE 19850 | |
| 14019062 | Chase Bank 003 | Attention : Bankruptcy | P.O. Box 15153 | Wilmington, DE 19886 | |
| 14019063 | Chase Bank 005 | Washington Mutual Credit Cards | Attention : Bankruptcy | P.O. Box 660487 | Dallas, TX 75266 |
| 14019064 | Chase Bank 006 | Attention : Bankruptcy | P.O. Box 15548 | Wilmington, DE 19886−5548 | |
| 14019065 | Chase Bank 007 | Attention : Bankruptcy | 2500 Westfield Drive | Elgin, IL 60123 | |
| 14019066 | Chase Bank 008 | Attention : Bankruptcy | P.O. Box 24696 | Columbus, OH 43224 | |
| 14019067 | Chase Bank 009 | Attention : Bankruptcy | OH1−1188 | 340 South Cleveland Avenue, Bldg 370 | Westerville, OH 43081 |
| 14019068 | Chase Bank 010 | Attention : Bankruptcy | 3990 South Babcock Street | Melbourne, FL 32901 | |
| 14019069 | Chase Bank 011 | Attention : Bankruptcy | P.O. Box 94014 | Palatine, IL 60094−4014 | |
| 14019070 | Chase Bank 012 | Attention : Bankruptcy | 800 Brooksedge Boulevard | Westerville, OH 43081−2822 | |
| 14019071 | Chase Bank 013 | Attention : Bankruptcy | 300 South Grand Avenue | 4th Floor | Los Angeles, CA 90071 |
| 14019072 | Chase Bank 014 | Attention : Bankruptcy | 270 Park Avenue | New York, NY 10017 | |
| 14019073 | Chase Bank 015 | Attention : Bankruptcy | 1111 Polaris Parkway | Columbus, OH 43240 | |
| 14019074 | Chase Bank 016 | First USA Bank | Attention : Bankruptcy | P.O. Box 15298 | Wilmington, DE 19850 |
| 14019075 | Chase Bank 019 | Washington Mutual Mortgage/ Chase | Attention : Bankruptcy JAXA 2035 | 7255 Bay Meadows Way | Jacksonville, FL 32256−6851 |
| 14019076 | Chase Card | Po Box 15298 | Wilmington, DE 19850 | | |
| 14019077 | Chase Mtg | Po Box 24696 | Columbus, OH 43224 | | |
| 14019078 | Chase−pier1 | Chase Card Svcs/Attn:Bankruptcy Dept | Po Box 15298 | Wilmington, DE 19850 | |
| 14019079 | Chevron Texaco/ Citicorp | Citicorp Credit Svcs/Attn:Centralized Ba | Po Box 790328 | Saint Louis, MO 63179 | |
| 14019080 | Citibank | Attention : Bankruptcy | P.O. Box 20507 | Kansas City, MO 64195 | |
| 14019081 | Citibank | Attention : Bankruptcy | P.O. Box 769004 | San Antonio, TX 78245 | |
| 14019082 | Citibank 001 | Attention : Bankruptcy | P.O. Box 6241 | Sioux Falls, SD 57117−6241 | |
| 14019083 | Citibank 003 | Processing Center | Attention : Bankruptcy | Des Moines, IA 50363−0001 | |
| 14019084 | Citibank 004 | Attention : Bankruptcy | P.O. Box 6497 | Sioux Falls, SD 57117 | |
| 14019085 | Citibank 006 | Attention : Bankruptcy | P.O. Box 688923 | Des Moines, IA 50363−0001 | |
| 14019086 | Citibank 007 | Shell/Citi | Attention : Bankruptcy | P.O. Box 6497 | Sioux Falls, SD 57117 |
| 14019087 | Citibank 009 | Attention : Bankruptcy | P.O. Box 653095 | Sioux Falls, TX 75256−0370 | |
| 14019088 | Citibank 010 | Attention : Bankruptcy | CCU Mail Code 2236 | 701 East 60th Street North | Sioux Falls, SD 57117 |
| 14019089 | Citibank 011 | Attention : Bankruptcy | P.O. Box 6500 | Sioux Falls, SD 57117−6500 | |
| 14019090 | Citibank 012 | Attention : Bankruptcy | P.O. Box 20363 | Kansas City, MO 64195 | |
| 14019091 | Citibank 013 | Attention : Bankruptcy | P.O. Box 183172 | Columbus, OH 43218 | |
| 14019092 | Citibank 014 | Attention : Bankruptcy | 300 Saint Paul Place | Baltimore, MD 21202−2120 | |
| 14019093 | Citibank 015 | Attention : Bankruptcy | P.O. Box 70918 | Charlotte, NC 28272 | |
| 14019094 | Comenity Bank/Ann Taylor | Attention: Bankruptcy | Po Box 182686 | Columbus, OH 43218 | |
| 14019095 | Convergent Outsourcing Inc | Attention : Bankruptcy | 800 SW 39th Street | Renton, WA 98057 | |
| 14019097 | Convergent Outsourcing Inc | Attention : Bankruptcy | ATERSO01 | P.O. Box 1022 | Wixom, MI 48393−1022 |
| 14019096 | Convergent Outsourcing Inc | Attention : Bankruptcy | P.O. Box 9004 | Renton, WA 98057 | |
| 14019098 | Credit Solutions Corp of CA | Attention : Bankruptcy | 5454 Ruffin Rd Suite 200 | San Diego, CA 92123 | |
| 14019099 | Credit Solutions Corporation | Attention : Bankruptcy | 5454 Ruffin Rd Suite 200 | San Diego, CA 92123 | |
| 14019100 | Department of Motor Vehicles | Attention : Bankruptcy | P.O. Box 942894 | Sacramento, CA 94294−0894 | |
| 14019101 | Department of Motor Vehicles 001 | Collections MS−L224 | Attention : Bankruptcy | P.O. Box 932342 | Sacramento, CA 94294−0894 |
| 14019102 | Department of the Treasury | Attention : Bankruptcy | 1500 Pennsylvania Avenue, NW | Washington, DC 20220 | |
| 14104257 | Deutsche Bank National Trust Company, as Trustee | c/o Ocwen Loan Servicing, LLC | Attn: Bankruptcy Department | P. O. Box 24605 | West Palm Beach, FL 33416−4605 |
| 14048254 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952 | SACRAMENTO CA 95812−2952 | |
| 14019103 | GECRB/Banana Republic | Attn: Bankruptcy | Po Box 103104 | Roswell, GA 30076 | |
| 14019104 | GECRB/Chevron | Attention: Bankruptcy | Po Box 103104 | Roswell, GA 30076 | |
| 14019105 | IC System | Attn: Bankruptcy | 444 Highway 96 East; Po Box 64378 | St. Paul, MN 55164 | |
| 14019106 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| 14019108 | Internal Revenue Service * | Attention : Bankruptcy | Attention : Kelila Callahan | 185 Lennon Lane | Walnut Creek, CA 94598−2482 |
| 14019107 | Internal Revenue Service * | Attention : Bankruptcy | Mail Stop 1400S | 1301 Clay Street | Oakland, CA 94612 |

| | | | | | |
|---|---|---|---|---|---|
| 14019109 | Internal Revenue Service 001 | Attention : Bankruptcy | P.O. Box 105416 | Atlanta, GA 30348−5416 | |
| 14019110 | Internal Revenue Service 002 | Attention : Bankruptcy | P.O. Box 21126 | Philadelphia, PA 19114 | |
| 14019111 | Internal Revenue Service 003 | Attention : Bankruptcy | P.O. Box 24017 | Fresno, CA 93776 | |
| 14019112 | Internal Revenue Service 004 | Attention : Bankruptcy | Ogden, UT 84201−0030 | | |
| 14019113 | J. Crew | Attention : Bankruptcy | c/o Comenity Bank | PO Box 182273 | Columbus, OH 43218−2273 |
| 14019114 | J. Crew | Attention : Bankruptcy | c/o Comenity Capital Bank | PO Box 183003 | Columbus, OH 43218−3003 |
| 14019115 | J.Jill Credit | Comenity Bank | Po Box 182125, Attn: Bankruptcy | Columbus, OH 43218 | |
| 14019116 | Jacob Collections Group | Attention : Bankruptcy | 2623 West Oxford Loop | Oxford, MS 38655 | |
| 14019117 | Marin General Hospital | Attention : Bankruptcy | 300A Drake's Landing | Suite 130 | Greenbrae, CA 94904 |
| 14019118 | Marin General Hospital 001 | Attention : Bankruptcy | 250 Bon Air Road | Greenbrae, CA 94904 | |
| 14019119 | Marin General Hospital 002 | Attention : Bankruptcy | 250 Bon Air Road | Greenbrae, CA 94904 | |
| 14019120 | Marin General Hospital 003 | Attention : Bankruptcy | P.O. Box 45089 | San Francisco, CA 94145 | |
| 14019121 | Marin General Hospital 004 | Attention : Bankruptcy | 100B Drakes Landing Road | Suite 250 | Greenbrae, CA 94904 |
| 14049380 | Midland Credit Management, Inc as agent for | Midland Funding LLC | PO Box 2011 | Warren, MI 48090 | |
| 14029987 | Midland Credit Management, Inc. | as agent for Asset Acceptance LLC | PO Box 2036 | Warren, MI 48090 | |
| 14019122 | Midland Funding | 8875 Aero Dr Ste 200 | San Diego, CA 92123 | | |
| 14019128 | NCCS Inc. | Attention : Bankruptcy | P.O. Box 670 | Santa Rosa, CA 95402 | |
| 14019123 | National City Bank | Po Box 94982 | Cleveland, OH 44101 | | |
| 14019126 | Natonwide Credit Inc. | Attention : Bankruptcy | 1150 E UNIVERSITY DR | FIRST FLOOR | Tempe, AZ 85281−8438 |
| 14019124 | Natonwide Credit Inc. | Attention : Bankruptcy | 2002 Summit Boulevard | Suite 600 | Atlanta, GA 30319 |
| 14019125 | Natonwide Credit Inc. | P.O. Box 26314 | Attention : Bankruptcy | Lehigh Valley, PA 18002 | |
| 14019127 | Navient | Po Box 9500 | Wilkes Barre, PA 18773 | | |
| 14053259 | Navient Solutions, Inc. on behalf of USAF | Attn: Bankruptcy Litigation Unit E3149 | P.O. Box 9430 | Wilkes−Barre, PA 18773−9430 | |
| 14019129 | Nordstrom FSB | Attention: Account Services | Po Box 6566 | Englewood, CO 80155 | |
| 14019131 | Ocwen Loan Servicing | Attention : Bankruptcy | 1100 Virginia Drive, Suite 175 | Fort Washington, PA 19034 | |
| 14019132 | Ocwen Loan Servicing | Attention : Bankruptcy | 12650 Ingenuity Dr | Orlando, FL 32826 | |
| 14019133 | Ocwen Loan Servicing | Attention : Bankruptcy | P.O. Box 24737 | West Palm Beach, FL 33416−4737 | |
| 14019130 | Ocwen Loan Servicing | Attention : Bankruptcy | P.O. Box 24738 | West Palm Beach, FL 33416−4738 | |
| 14019135 | PNC Bank | Attention : Bankruptcy | P.O. Box 5570 | Mail Stop BR−YB−58−013 | Cleveland, OH 44101−0570 |
| 14019134 | PNC Bank | Attention : Bankruptcy | P.O. Box 94982 | Cleveland, OH 44101 | |
| 14019136 | Pnc Bank Na | Po Box 3180 | Pittsburgh, PA 15230 | | |
| 14019137 | Portfolio Recovery | Attn: Bankruptcy | Po Box 41067 | Norfolk, VA 23541 | |
| 14019144 | RJM Aquisitions LLC | Attention : Bankruptcy | 575 Underhill Blvd | Suite 224 | Syosset, NY 11791 |
| 14019138 | Redwood Credit Union | Attention : Bankruptcy | 3033 Cleveland Avenue | Santa Rosa, CA 95403 | |
| 14019139 | Redwood Credit Union | Po Box 6104 | Santa Rosa, CA 95406 | | |
| 14019140 | Redwood Credit Union * | Attention : Bankruptcy | 3033 Cleveland Avenue | Santa Rosa, CA 95403 | |
| 14019141 | Redwood Credit Union 001 | Attention : Bankruptcy | P.O. Box 6104 | Santa Rosa, CA 95406 | |
| 14019142 | Redwood Credit Union 002 | Attention : Bankruptcy | P.O. Box 60097 | City of Industry, CA 91716 | |
| 14019143 | Redwood Credit Union c/o Roger Illsley | Attention : Bankruptcy | Perry Johnson Anderson Miller & Moskowit | 438 First Street, 4th Floor | Santa Rosa, CA 95404 |
| 14019145 | Sears | Sears/CBSD | Attention : Bankruptcy | P.O. Box 6189 | Sioux Falls, SD 57117 |
| 14019146 | Sears 001 | Sears/cbsd | Attention : Bankruptcy | 701 East 60th Street North | Sioux Falls, SD 57117 |
| 14019147 | Sears 002 | Attention : Bankruptcy | P.O. Box 183082 | Columbus, OH 43218 | |
| 14019148 | Sears 003 | Attention : Bankruptcy | P.O. Box 688957 | Des Moines, IA 50368−8957 | |
| 14019149 | Sears/cbna | 133200 Smith Rd | Cleveland, OH 44130 | | |
| 14019150 | Sears/cbna | Po Box 6497 | Sioux Falls, SD 57117 | | |
| 14019151 | Special Default Services, Inc. | Attention : Bankruptcy | 17100 Gillette Avenue | Irvine, CA 92614 | |
| 14019153 | State of California | Employment Development Department | Attention : Bankruptcy | MIC 92# | Sacramento, CA 94280 |
| 14019152 | State of California | Franchise Tax Board | Attention : Bankruptcy | P.O. Box 419001 | Rancho Cordova, CA 95741−9001 |
| 14019154 | State of California 001 | Department of Developmental Services | Attention : Bankruptcy | 1600 Ninth Street | Sacramento, CA 95814 |
| 14019155 | State of California 002 | Department of Developmental Services | Attention : Bankruptcy | P.O. Box 944202 | Sacramento, CA 94244−2020 |

| | | | | | |
|---|---|---|---|---|---|
| 14019156 | State of California 003 | Board of Equalization | Attention : Bankruptcy | P.O. Box 942879 | Sacramento, CA 94279 |
| 14019157 | State of California 004 | Franchise Tax Board | Attention : Bankruptcy | P.O. Box 942867 | Sacramento, CA 94267–0041 |
| 14019158 | State of California 005 | Franchise Tax Board | Attention : Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 14019159 | State of California 006 | Attention : Bankruptcy | Benefit Overpayment, Collections MIC 91 | P.O. Box 826218 | Sacramento, CA 94230–6218 |
| 14019160 | State of California 007 | Franchise Tax Board | Bankruptcy Section MS A340 | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 14019161 | State of California 008 | Employment Development Department | Attention : Bankruptcy | P.O. Box 826806 | Sacramento, CA 94230–6218 |
| 14019162 | State of California 009 | Employment Development Department | Attention : Bankruptcy | P.O. Box 826215 | Sacramento, CA 94230–6215 |
| 14019163 | State of California 010 | Employment Development Department | Attention : Bankruptcy | P.O. Box 989061 | West Sacramento, CA 95798 |
| 14019164 | Syncb/gap | Po Box 965005 | Orlando, FL 32896 | | |
| 14019165 | Target | Attention : Bankruptcy | P.O. Box 59317 | Minneapolis, MN 55449–0317 | |
| 14019166 | Target 001 | Po Box 9475 | Attention : Bankruptcy | Minneapolis, MN 55440 | |
| 14019167 | Target 002 | Recovery Services | Attention : Bankruptcy | P.O. Box 30171 | Tampa, FL 33633 |
| 14019168 | Target 003 | Target National Bank | Attention : Bankruptcy | P.O. Box 660170 | Dallas, TX 75266–2851 |
| 14019169 | Target Credit Card (TC) | C/O Financial & Retail Services | Mailstop BT P.O. Box 9475 | Minneapolis, MN 55440 | |
| 14059319 | Third Eye Investments Trust IV | 4701 Patrick Henry Drive | Bldg 16, Suite 2M | Santa Clara, CA 95054–1818 | |
| 14019170 | Third Eye Trust | Attention : Bankruptcy | 3333 Bowers Avenue | Suite 130 | Santa Clara, CA 95054 |
| 14019171 | Volkswagen | VW Credit Inc. | Attention : Bankruptcy | 3800 Hamlin Road | Aubrun Hills, MI 48325 |
| 14019172 | Volkswagen 001 | Volkswagen Credit | Attention : Bankruptcy | P.O. Box 49359 | San Jose, CA 95161–9359 |
| 14019173 | Volkswagen 002 | Volkswagon Credit Inc | Attention : Bankruptcy | 1401 Franklin Blvd | Libertyville, IL 60048 |
| 14019174 | Volkswagon Credit Inc | National Bankruptcy Services | 9441 Lbj Freeway, Suite 250 | Dallas, TX 75241 | |
| 14019175 | Wachovia Mortgage/World Savings and Loan | Attn: Bankruptcy Dept.(T7419–015) | Po Box 659558 | San Antonio, TX 78265 | |
| 14019178 | Wells Fargo Bank | Wells Fargo Bank NA | Attention : Bankruptcy | P.O. Box 5058 | Portland, OR 97208–5058 |
| 14019176 | Wells Fargo Bank | Wells Fargo Financial | Attention : Bankruptcy | 4137 121st Street | Urbendale, IA 50323 |
| 14019177 | Wells Fargo Bank | Wells Fargo Home Mortgage | Attention : Bankruptcy | P.O. Box 10335 | Des Moines, IA 50306 |
| 14019179 | Wells Fargo Bank 001 | WFS Financial/Wachovia Dealer Services | Attention : Bankruptcy | P.O.Box 1697 | Winterville, NC 28590–1697 |
| 14019180 | Wells Fargo Bank 002 | Attention : Bankruptcy | P.O. Box 54349 | Los Angeles, CA 90054–0349 | |
| 14019181 | Wells Fargo Bank 003 | Attention : Bankruptcy | 55 Standish Court | Suite 400 | Mississaugua, Ontario |
| 14019182 | Wells Fargo Bank 004 | Attention : Bankruptcy | Safe Deposit Box Operations | P.O. Box 173793 | Denver, CO 80217 |
| 14019183 | Wells Fargo Bank 005 | Attention : Bankruptcy | P.O. Box 60510 | Los Angeles, CA 90060 | |
| 14019184 | Wells Fargo Bank 006 | Attention : Bankruptcy | P.O. Box 5058 | Portland, OR 97208 | |
| 14019185 | Wells Fargo Bank 007 | Attention : Bankruptcy | P.O. Box 4233 | Portland, OR 97208–4233 | |
| 14019186 | Wells Fargo Bank 008 | Attention : Bankruptcy | Home Equity Payment Processing | P.O. Box 31557, MAC B6955–01B | Billings, MT 59107–9900 |
| 14019187 | Wells Fargo Bank 009 | Attention : Bankruptcy | 6465 Almaden Expressway | San Jose, CA 95120–2901 | |
| 14019188 | Wells Fargo Bank 010 | Attention : Card Services, Recovery Dept | Attention : Bankruptcy | P.O. Box 9210 | Des Moines, IA 50306 |
| 14019189 | Wells Fargo Bank 011 | Wells Fargo Bank NA | Attention : Bankruptcy | P.O. Box 54780 | Los Angeles, CA 90054–0780 |
| 14019190 | Wells Fargo Bank 012 | Wells Fargo Bank NA | Attention : Bankruptcy | 2324 Overland Drive | Billings, MT 59102–6401 |
| 14019191 | Wells Fargo Bank 013 | Wells Fargo Bank NA | Attention : Bankruptcy | P.O. Box 515485 | Los Angeles, CA 90051 |
| 14019192 | Wells Fargo Bank 014 | Attention : Card Services | Attention : Bankruptcy | P.O. Box 3696 | Portland, OR 97208–3696 |
| 14019193 | Wells Fargo Bank 015 | Wells Fargo Credit Cards | Attention : Bankruptcy | P.O. Box 30086 | Los Angeles, CA 90030 |
| 14019194 | Wells Fargo Bank 016 | Wells Fargo Financial | Attention : Bankruptcy | 800 Walnut Street | Des Moines, IA 50309–3605 |
| 14019195 | Wells Fargo Bank 017 | Wells Fargo Financial | Attention : Bankruptcy | P.O. Box 98784 | Las Vegas, NV 89193–8784 |
| 14019196 | Wells Fargo Bank 019 | Wells Fargo Financial | Attention : Bankruptcy | P.O. Box 14433 | Des Moines, IA 50306–4433 |

| | | | | | |
|---|---|---|---|---|---|
| 14019197 | Wells Fargo Bank 020 | Wells Fargo Financial | Attention : Bankruptcy | P.O. Box 5943 | Sioux Falls, SD 57117–5943 |
| 14019198 | Wells Fargo Bank 021 | Wachovia Mortgage | Attention : Bankruptcy | P.O. Box 659558 | San Antonio, TX 78265 |
| 14019199 | Wells Fargo Bank 023 | Attention : Bankruptcy | 4101 Wiseman Blvd | San Antonio, TX 78251 | |
| 14019200 | Wells Fargo Bank 024 | Wachovia Mortgage | Attention : Bankruptcy | P.O. Box 60505 | City of Industry, CA 91716 |
| 14019201 | Wells Fargo Bank 026 | WFNNB/Victorias Secret | Attention : Bankruptcy | 220 West Schrock Road | Westerville, OH 43081 |
| 14019202 | Wells Fargo Bank 027 | WFNNB/Woman | Attention : Bankruptcy | P.O. Box 182273 | Columbus, OH 43218 |
| 14019203 | Wells Fargo Bank 028 | WFS Financial/Wachovia Dealer Services | Attention : Bankruptcy | P.O. Box 19657 | Irvine, CA 92623–9657 |
| 14019204 | World Financial Network National Bank * | Attention : Bankruptcy | P.O. Box 182124 | Columbus, OH 43218 | |
| 14019205 | World Financial Network National Bank 01 | Attention : Bankruptcy | P.O. Box 659584 | San Antonio, TX 78265 | |
| 14019206 | World Financial Network National Bank 01 | Attention : Bankruptcy | P.O. Box 659704 | San Antonio, TX 78265 | |
| 14019207 | World Financial Network National Bank 02 | Attention : Bankruptcy | P.O. Box 182125 | Columbus, OH 43218–2125 | |
| 14019208 | zz California Service Bureau 003 | Department 754 | P.O. Box 4115 | Attention : Bankruptcy | Concord, CA 94524 |
| 14019209 | zz Jacob Collections Group 001 | Attention : Bankruptcy | P.O. Box 948 | Oxford, MS 38655 | |
| 14019210 | zz Midland Credit Management * | Attention : Bankruptcy | P.O. Box 60578 | Los Angeles, CA 90060 | |
| 14019211 | zz North Coast Collection Service * | Attention : Bankruptcy | P.O. Box 670 | Santa Rosa, CA 95402 | |
| 14019212 | zz Portfolio Recovery Associates * | Attention : Bankruptcy | 140 Corporate Boulevard | Norfolk, VA 23502 | |
| 14019213 | zz Portfolio Recovery Associates 001 | Attention : Bankruptcy | P.O. Box 12914 | Norfolk, VA 23541 | |
| 14019214 | zz Portfolio Recovery Associates 002 | Attention : Bankruptcy | 120 Corporate Boulevard | Suite 1 | Norfolk, VA 23502 |
| 14019215 | zz Portfolio Recovery Associates 003 | Attention : Bankruptcy | P.O. Box 12903 | Norfolk, VA 23541 | |

TOTAL: 205